DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
SARAH K. GLATT, State Bar No. 308103
1435 River Park Drive, Suite 400
Sacramento, California 95815
T. (916) 565-6222 | F. (916) 565-6220
E. jpc@diepenbrockcotter.com | skg@diepenbrockcotter.com

Attorney for Defendants
HEARTLAND EXPRESS, INC., HEARTLAND EXPRESS
INC., OF IOWA and CLAYTON HULSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIYAZ KEVAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HEARTLAND EXPRESS, INC. OF IOWA, HEARTLAND EXPRESS, INC., CLAYTON HULSE, and DOES 1 through 100,<br><br>　　　　Defendants. | Case No.: 2:20-cv-02557-MCE-DB<br><br>STIPULATION FOR DISMISSAL; ORDER FOR DISMISSAL |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). It is further stipulated that each party will bear its own attorney's fees and costs.

/ /

/ /

/ /

/ /

/ /

**1**
STIPULATION FOR DISMISSAL; ORDER FOR DISMISSAL

DATED: March 8, 2022                DIEPENBROCK & COTTER, LLP

                                    By: _/s/ Sarah K. Glatt_____
                                    JOHN P. COTTER
                                    SARAH K. GLATT
                                    Attorneys for Defendants
                                    HEARTLAND EXPRESS, INC., HEARTLAND
                                    EXPRESS INC., OF IOWA and CLAYTON HULSE


DATED: March 8, 2022                LAW OFFICES OF BRIAN L. LARSEN

                                    By: _/s/ Brian L. Larsen_____
                                    BRIAN L. LARSEN
                                    MARVEN MASIHI
                                    Attorneys for Plaintiff
                                    FAIYAZ KEVAL


## ORDER

Based on the stipulation of the parties and good cause appearing, this matter is hereby dismissed with prejudice with each party bearing its own attorney's fees and costs. The case having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 8, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE